# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LORRAINE MOYA,<br><br>                        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                        Defendant. | Case No. EDCV 10-01584-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is  REVERSED and REMANDED for further proceedings in accordance with law and this Memorandum Opinion and Order.

DATED: November 22, 2011                         */s/ John E. McDermott*
                                                                    JOHN E. MCDERMOTT
                                                        UNITED STATES MAGISTRATE JUDGE