WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| NEVA LORRAINE MOYA,               ) | CASE NO.: **EDCV 10-01584 JEM** |
| Plaintiff,          ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| v.                        ) | |
| MICHAEL J. ASTRUE,                        ) Commissioner of Social Security,   ) | |
| Defendant.         ) | |
| _____ ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SIXTHY-FIVE DOLLARS and no/cents ($3,065.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:     February 28, 2012

*/s/John E. McDermott*
UNITED STATES MAGISTRATE JUDGE